IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

        v.                      Case No. 2:12cr63

JEREMY C. CHURCHILL

MOTION TO CONTINUE SENTENCING HEARING

Defendant Jeremy Churchill, by counsel, moves to continue his sentencing in this matter for at least 60 days beyond the current date of February 15, 2013. The government, by and through Melissa E. O'Boyle and Katherine L. Martin, Assistant U.S. Attorneys, does not oppose the motion.

On May 9, 2012, Mr. Churchill pled guilty to a one-count criminal information charging conspiracy to commit an offense against the United States, bank fraud, in violation of Title 18, U.S. Code, Section 371. Mr. Churchill's sentencing hearing is scheduled for February 15, 2013. Mr. Churchill respectfully requests to continue the sentencing hearing, without objection from the government, to give him additional time to cooperate with ongoing criminal investigations and prosecutions.

WHEREFORE, Mr. Churchill requests that this motion be granted and that counsel be directed to contact the clerk to select a new sentencing date.

                            Respectfully submitted,
                            JEREMY C. CHURCHILL

        By    /s/
                Trey R. Kelleter, VSB #41606
                Vandeventer Black LLP
                101 West Main Street, Suite 500

Norfolk, Virginia 23510  
Phone: 757/446-8600  
Fax: 757/446-8670  
Email Address: tkelleter@vanblk.com

## **CERTIFICATE OF SERVICE**

  I certify that on this 7th day of January, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to:

Katherine Lee Martin  
Assistant United States Attorney  
Office of the United States Attorney  
Main Street Centre  
600 E. Main Street, Suite 1800  
Richmond, Virginia 23219-2447  
Phone: (804) 819-5400  
Katherine.martin@usdoj.gov

Melissa E. O'Boyle  
Assistant United States Attorney  
Office of the United States Attorney  
101 W. Main Street, Suite 8000  
Norfolk, Virginia 23510  
Phone: (757) 441-6331  
Melissa.oboyle@usdoj.gov

              /s/ Trey R. Kelleter

              Trey R. Kelleter, Esquire  
              VSB #41606  
              Vandeventer Black LLP  
              101 West Main Street, Suite 500  
              Norfolk, Virginia 23510  
              Phone: 757/446-8600  
              Fax: 757/446-8670  
              Email Address: tkelleter@vanblk.com